## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PARKER JENSEN,<br>Plaintiff,<br><br>v.<br><br>BALTIMORE COUNTY PUBLIC SCHOOLS,<br>BALTIMORE COUNTY BOARD OF EDUCATION,<br>DR. KIMBERLY CULBERTSON,<br>in her official and individual capacities,<br>RICHARD MUTH,<br>in his official and individual capacities,<br>ERIC KNOX,<br>in his official and individual capacities,<br>Defendants. | )<br>)<br>)<br>)<br>) Case No.1:25-cv-1106<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT REGARDING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE COURT:

 This Status Report is to notify the Court that a hearing on the Emergency Motion for Temporary Restraining Order is no longer necessary.

 1. On April 3, 2025, Plaintiff filed his initial Complaint and an Emergency Motion for Temporary Restraining Order (the "Motion"). ECF No. 1, 2. The Complaint alleged, inter alia, that the Defendant was summarily suspended from school in violation of his right to procedural due process, secured by the Fourteenth Amendment. The Motion sought immediate relief so that Plaintiff could attend school on April 4.

 2. The Motion also certified that Plaintiff was unable to contact the opposing party by the end of school on April 3, 2025, and therefore requested ex parte relief.

 3. On April 4, 2025, Plaintiff received an email from the Court at 10:28 a.m. after the school day had already begun, stating that the Court reviewed the Motion but there would be

no hearing today about the pending Motion, and instructing Plaintiff to "effectuate service of process as quickly as possible, including today if possible. Once the Defendants have been served, the Court will set a TRO Hearing to address Plaintiff's Motion early next week."

4.     Plaintiff effectuate service soon thereafter on four of the five Defendants, and was soon thereafter contacted by Defendants' counsel.

5.     Upon meeting and conferring, Plaintiff and Defendants agree that a hearing is no longer necessary as the April 4th school day has passed.

6.     Now that Defendants are served, Plaintiff and Defendants plan to continue to work together to resolve this matter.

Dated: April 4, 2025                                    Respectfully submitted,

*/s/ Jonathan Gross*
Jonathan Gross, Esq.
Atty. No. 21800
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com
*Counsel for Plaintiff Parker Jensen*


/s/ (filed electronically)
_____
Edmund J. O'Meally (AIS No. 8501180003)
Andrew G. Scott (AIS No. 0712120247)
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 500
Towson, Maryland  21204
Tele:  (410) 339-6744
Fax:  (410) 832-5654
ascott@pklaw.com


*Counsel for Board of Education of Baltimore County, Dr. Kimberly Culbertson, Richard Muth, and Eric Knox*