**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of Richard D. Bennett** | **Chambers 5D** |
| **United States District Judge** | **101 W. Lombard Street** |
| **Northern Division** | **Baltimore, MD 21201** |
| | **Tel: 410-962-3190** |

April 11, 2025

RE: *Jensen v. Balt. Cnty. Pub. Schs.*
    <u>Civil No. RDB-25-1106</u>

TO COUNSEL OF RECORD:

    Presently pending in the above-captioned case is an Emergency Motion for *Ex Parte* Temporary Restraining Order (ECF No. 2) filed by Plaintiff on April 3, 2025. As the Joint Status Report filed April 4 suggests, (ECF No. 6), and as confirmed in email correspondence between Counsel of Record and the Court dated April 4, 2025, that Motion (ECF No. 2) is now moot. Accordingly, the Emergency Motion for *Ex Parte* Temporary Restraining Order (ECF No. 2) is WITHDRAWN AS MOOT.

    Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                                             Sincerely,

                                                             /s/
                                                             Richard D. Bennett
                                                             United States Senior District Judge