| | |
|---|---|
| **Notice and Demand for change** <br> **Legal Notice** <br><br> To: <u>Judge RICHARD D. BENNETT</u> <br> <u>101 West Lombard Street</u> <br> <u>Chambers 5D Baltimore, MD 21201</u> <br> <u>judge_richard_bennett@mdd.uscourts.gov</u> <br><br> From<u>: patrick-james :simmons  LR for</u> <br> <u>Legal Fiction PATRICK SIMMONS</u>      one of the People) <br> <u>1924 Midfield Rd. Feasterville Pa 19053</u> | **COMMON LAW ACTION** <br> Local rule: 105.12 (a) and (b) <br> Docket #: 1:25-cv-01106-RDB <br><br>  |

**Notice by Affidavit of Demand for Change;**
**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent;**

Comes now Affiant, _patrick-james : simmons_____, one of the people (as seen in All 50 States Constitutions, All political power) Sui Juris, in this court of record, come to you, being trustees of the People, so that you must provide due care and remember your oath which binds you. I have express interest in the rights of Parker Jensen and the children who attend school as one of the people. I make the following statements and claims;

- **Miranda v. Arizona, 384 U.S. 436 (1966):** "Where rights secured by the Constitution are involved, there can be **no rulemaking** or legislation which would abrogate them".

**Maxim of Law by Charles A. Weisman 65u.** "Constitutions and laws precede the judiciary. Luther v. Borden, 7 How. (48 U.S) 1, 52.

- **Pennsylvania Constitution Article 1 § 20.** Right of petition. The citizens have a right in a peaceable manner to assemble together for their common good, and to apply to those invested with the<u> powers of government</u> for <mark>redress of grievances</mark> or other proper purposes, by <u>petition, address or remonstrance</u>.

**Pennsylvania Constitution Article 1 § 2. Political powers:** "All power is inherent in **the people**, and all free governments <mark>are founded on their authority</mark> and instituted for their <u>peace, safety and happiness.</u> For the advancement of these ends they have at all times an inalienable and **indefeasible** right to alter, reform or abolish their government in such manner as they may think proper.

Common Law all rights reserved 2025                                                              1