IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| Parker Jensen. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1-25-cv-01106-RDB |
| BOARD OF EDUCATION OF BALTIMORE COUNTY, *et al.* | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 101.2(a) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Jonathan Gross, counsel for Plaintiff Parker Jensen, respectfully moves for leave to withdraw as counsel in the above-captioned case. In support of this motion, the undersigned states as follows:

1. Plaintiff Parker Jensen has consented to the withdrawal of Jonathan Gross as his counsel.
2. Plaintiff continues to be represented by Sarah Spitalnick, who has entered an appearance and will remain as counsel of record in this matter, ensuring no disruption to Plaintiff's representation.
3. The undersigned has notified Plaintiff in writing, at least seven days prior to the filing of this motion, of the intent to withdraw, in accordance with Local Rule 101.2(a)(2). The notice included Plaintiff's name, last known address, and confirmation of continued representation by Sarah Spitalnick.
4. The withdrawal of Jonathan Gross will not cause undue delay, prejudice, or injustice to any party, as Plaintiff remains fully represented.

**WHEREFORE**, Jonathan Gross respectfully requests that this Court grant leave to withdraw as counsel for Plaintiff Parker Jensen.

Respectfully submitted,

/s/ Jonathan Gross

_____
Jonathan Gross
Federal Bar No. 21800
LAW OFFICE OF JONATHAN GROSS
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
Jonathangross@gmail.com

**ATTORNEYS FOR THE PLAINTIFF PARKER JENSEN**

**APPROVED: 5/19/2025       /s/ -     Richard D. Bennett**
                          **U.S. Senior District Judge**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18 day of May, 2025, a copy of the foregoing Notice of Voluntary Dismissal With Prejudice was filed electronically in the United States District Court for the District of Maryland (Northern Division) and a copy of same was served upon all counsel of record pursuant to this Court's CM/ECF system.

/s/ Jonathan Gross